UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGEGREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:Counsel of Record

FROM:Judge Peter J. Messitte

RE:John v. Essentia Insurance Co., No. 23-cv-310

DATE:February 7, 2024

* * *

The following Motions are currently pending before the Court: John's Motion to Quash Subpoenas (to Former Accountant) Seeking Irrelevant Tax and Financial Information (ECF No. 44); Essentia's Motion to Challenge Designation of Confidentiality (ECF No. 45); John's Motion to Amend/Correct his Motion to Quash (ECF No. 46); Essentia's Motion for Protective Order (ECF No. 60), Essentia's January 22, 2023 Motion to Compel and for Leave to Pursue Additional Discovery (ECF No. 63); and Essentia's February 5, 2024 Motion to Compel (ECF No. 65).

In general and these Motions in particular raise a number of concerns for the Court. Clearly, this case is not proceeding in the orderly fashion envisioned by the Court's Scheduling Order (ECF No. 18), the Federal Rules of Civil Procedure, and the Court's Local Rules. *See Rock Spring Plaza II, LLC v. Inv'rs Warranty of Am., LLC*, No. 20-1502 PJM, 2023 U.S. Dist. LEXIS 197527, at *2 (D. Md. Nov. 2, 2023). It is beyond time to move the case along.

Accordingly, the Court **ORDERS** counsel for the parties to participate in a telephone conference on Tuesday, February 27, 2024 at 2:30 p.m. A court reporter will be present. The Court will address its serious concerns with how this case is proceeding and will decide all outstanding Motions during the telephone conference.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC:Court file