UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record
FROM: Judge Peter J. Messitte

RE: John v. Essentia Insurance Co., No. 23-cv-310

DATE: February 12, 2024

\* \* \*

The Court is in receipt of Essentia's recently filed Motion for Order to Show Cause Why Adrienne Milan Should Not Be Held in Civil Contempt (ECF No. 67) and John's recently filed Motion to Compel Production of Corporate Designee for Rule 30(b)(6) Deposition (ECF No. 68).

As stated in its Memorandum Order of February 7, 2024 (ECF No. 66), the Court will decide all pending discovery Motions (ECF Nos. 44, 45, 46, 60, 63, 65, 67, 68) during the upcoming telephone conference on February 27, 2024, at 2:30 p.m. The Court's prior Order was not, however, an invitation for the parties to file more discovery motions.

Accordingly, the parties **SHALL NOT** file any new motions related to discovery pending further order from the Court. Any briefs in opposition or replies in support may be filed, as appropriate.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
Peter J. Messitte
United States District Judge

CC: Court file