THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICK JOHN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 8:23-cv-00310-PJM |
| ESSENTIA INSURANCE COMPANY, | ) ) ) | |
| Defendant | ) ) | |

**PLAINTIFFS' MOTION TO SEAL [ECF 71 ] EXHIBITS 3 AND 4 to PLAINTIFF's RESPONSE [ECF 70] TO ESSENTIA'S MOTION [ECF 65] TO COMPEL DISCOVERY**

In accordance with Local Rule 105.11 and this Court's October 10, 2023 Joint Orders Regarding Confidentiality of Discovery Material, the plaintiff respectfully moves to seal **[ECF 71] Exhibits 3 and 4 to Plaintiffs' Response to Defendant's Motion to Compel Discovery** Per the Court's order, disclosure of "confidential" discovery material is restricted. Exhibits quoted in the above mentioned pleading have been designated by the parties as "confidential" and contain sensitive financial and personal identifying material. As such, the plaintiffs are precluded from public disclosure of those documents and it is necessary to seal the filing.

/s/ Catherine A. Potthast
Catherine A. Potthast (Bar No.04973)
Catherine A. Potthast P.A.
2324 West Joppa Road, Suite 425
Lutherville MD 21093
(410) 823-7805
capotthast@capotthastlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2024 , a copy of this pleading was served via the courts' CM/ECF efiling system to all counsel of record

/S/ Catherine A. Potthast