UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: John v. Essentia Insurance Co., No. 23-cv-310

DATE: February __, 2024

\* \* \*

Patrick John has filed a Motion to Seal ECF 71 (ECF No. 72), a Motion to Seal Exhibit 1 to ECF 73 (ECF No. 75), and a Motion to Seal ECF 81 (ECF No. 82). Many of the subject documents are redacted, in addition to being filed under seal. Essentia has also purported to file under seal several exhibits in support of its reply in support of its Motion for Protective Order (*see* ECF Nos. 77, 77-1). Essentia's filing was not accompanied by a motion to seal.

Notwithstanding that neither party has complied with the requirements of the Court's Local Rules as they pertain to the sealing of documents, *see* D. Md. Local R. 104.13, 105.11, the Court **GRANTS** John's Motions to Seal (ECF Nos. 72, 75, 82), and maintains those filings, plus those documents filed by Essentia (ECF Nos. 77, 77-1), under seal until such time as the Court orders otherwise.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court file

1